UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREATER NEW YORK MUTUAL INSURANCE
COMPANY,

                            Plaintiff,

  -v-

UNITED STATES LIABILITY INSURANCE COMPANY,

                            Defendant.

CIVIL ACTION NO. 25 Civ. 10114 (JHR) (SLC)

**ORDER ADJOURNING INITIAL
<u>CASE MANAGEMENT CONFERENCE</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court previously scheduled an initial case management conference in accordance with Fed. R. Civ. P. 16 to be held telephonically on January 30, 2026, at 11:00 a.m. ET (the "Conference") and ordered the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan by January 23, 2026. (Dkt. No. 9). On December 29, 2025, Defendant/Third-Party Plaintiff United States Liability Insurance Company filed a third-party complaint against Third-Party Defendants New York Sea Food Market Corp. and Lenox Terrace Development Associates (together, the "Third-Party Defendants"). (Dkt. No. 10 (the "TP Complaint")). In light of the TP Complaint, the Conference is **ADJOURNED** <u>sine die</u> pending the Third-Party Defendants' response to the TP Complaint.

Dated:      New York, New York
           December 30, 2025

                                  SO ORDERED.

                                  _____
                                  SARAH L. CAVE
                                  **United States Magistrate Judge**