UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREATER NEW YORK MUTUAL INSURANCE
COMPANY,

                    Plaintiff,

        -v–

UNITED STATES LIABILITY INSURANCE COMPANY,

                    Defendant.

CIVIL ACTION NO. 25 Civ. 10114 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 30, 2025, Defendant and Third-Party Plaintiff United States Liability Insurance Company ("U.S. Liability Insurance") attempted to file a Request for Issuance of Summons regarding the Third-Party Complaint, (Dkt. No. 13), as to Third-Party Defendant Lenox Terrace Development Associates. (Dkt. No. 15 (the "Request")). The Clerk of Court, however, marked the Request deficient and instructed U.S. Liability Insurance to re-file it. (Dkt. No. 13; Dkt. Entry dated Jan. 2, 2026). To date, U.S. Liability Insurance has not re-filed the Request. On or before **January 14, 2026**, U.S. Liability Insurance shall re-file the Request pursuant to the Clerk of Court's instructions. (Dkt. No. 13; Dkt. Entry dated Jan. 2, 2026).

Dated:      New York, New York
            January 7, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**