UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREATER NEW YORK MUTUAL INSURANCE
COMPANY,

                Plaintiff,

  -v-

UNITED STATES LIABILITY INSURANCE COMPANY,

                Defendant

_____

UNITED STATES LIABILITY INSURANCE COMPANY,

                Third-Party Plaintiff,

  -v-

NEW YORK SEA FOOD MARKET CORP. AND LENOX
TERRACE DEVELOPMENT ASSOCIATES,

                Third-Party Defendants

CIVIL ACTION NO. 25 Civ. 10114 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 30, 2025, Defendant/Third-Party Plaintiff United States Liability Insurance Company ("U.S. Liability Insurance") filed a Third-Party Complaint against Third Party Defendants New York Sea Food Market Corp. ("New York Sea") and Lenox Terrace Development Associates. (Dkt. No. 13 (the "TP Complaint")).  U.S. Liability Insurance served the TP Complaint on New York Sea on January 13, 2026, making New York Sea's deadline to respond to the TP Complaint February 3, 2026.  (Dkt. No. 21).  See Fed. R. Civ. P. 12(a)(1)(A)(i).  To date, New York Sea has not responded to the TP Complaint.  As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for New York Sea to respond to the TP Complaint to **February 18, 2026**.

New York Sea is warned that failure to timely respond to the TP Complaint may result in the Court permitting U.S. Liability Insurance to initiate default proceedings against New York Sea.

Dated:      New York, New York
            February 4, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2