UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREATER NEW YORK MUTUAL INSURANCE
COMPANY,

                     Plaintiff,

  -v-

UNITED STATES LIABILITY INSURANCE COMPANY,

                     Defendant/Third Party
                     Plaintiff,

  -v-

NEW YORK SEA FOOD MARKET CORP., et al.,

                     Third Party Defendants,

CIVIL ACTION NO. 25 Civ. 10114 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial case management conference held on April 7, 2026 (the "Conference"), a telephone conference to discuss the status of discovery is scheduled for **June 23, 2026 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time. By **June 18, 2026**, the parties shall file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention.

Should the parties wish to order a copy of the Conference transcript, they may so do by using the annexed form.

Dated:     New York, New York
          April 7, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

**RESET**   **PRINT**   **SAVE**   **EMAIL**